97 A.3d 729

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Lamont SAUNDERS, Petitioner.**

**No. 70 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2014, the "Appeal from the Denial of Motion to Hold Appeal," treated as a Petition for Review, and the "Lawful Notification and Action Summary Judgment," treated as an Application for Relief, are **DENIED.**

97 A.3d 730

**El Rel Charles GREGG Prose in Vivus in Propria Persona Sui Juris Real in Interest, Petitioner**

**v.**

**KML LAW GROUP, P.C. aka Communist Superior Court of PA First Judicial District Court of Common Pleas Philadelphia Deutsche Bank National Trust Company Sheriff Jewell Williams Corestate et al., Respondents.**

**No. 63 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition is **DENIED.**